**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ABEL SALAZAR, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 1:13-cv-01293-JMS-DML |
| K. BUTTS Warden, Superintendent, | ) ) ) |
| Respondent. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT in this action in favor of the Respondent and against the Petitioner, Abel Salazar. Salazar's petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 04/01/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ABEL SALAZAR
DOC # 119618
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Kathy Jo Bradley
OFFICE OF THE ATTORNEY GENERAL
kathy.bradley@atg.in.gov